U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

MAR 27 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES W. VINCENT | CIVIL ACTION NO. 6:14-3336 |
| VERSUS | JUDGE HAIK |
| PAUL DEMAHY | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this civil rights action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Transfer [rec. doc. 5] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of March, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE